

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00442-CV

HENRY THIESSEN          APPELLANT

V.

FIDELITY BANK          APPELLEE

------------

## FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY
## TRIAL COURT NO. 186,959-A

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On April 24, 2018, we notified appellant that the trial court clerk responsible for preparing the record in this appeal had informed the court that payment arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* Tex. R. App. P. 35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution

---

[1]*See* Tex. R. App. P. 47.4.

unless appellant, within ten days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellant has not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellant shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL: SUDDERTH, C.J.; WALKER and MEIER, JJ.

DELIVERED: May 24, 2018